CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:**     UNITED STATES _____ v.

ISZAYAH ROWSON _____

**DOCKET NUMBER:**     22-cr-310; 24-859-cr _____

**COUNSEL'S NAME:**     Jay Ovsiovitch _____

**COUNSEL'S ADDRESS:**     28 E. Main St., Ste. 400 _____

Rochester, NY 14614 _____

**COUNSEL'S PHONE:**     585-263-6201 _____

**QUESTIONNAIRE**

[✓]  I am ordering a transcript.

[ ]  I am not ordering a transcript.    Reason: [ ] Daily copy available    [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[ ]   Pre-trial proceedings:_____
                                             (Description & Dates)

[ ]   Trial:_____
                                             (Description & Dates)

[✓]   Sentencing: Sentencing Hearing, March 25, 2024 _____
                                             (Description & Dates)

[ ]   Post-trial proceedings:_____
                                             (Description & Dates)

I, Jay Ovsiovitch _____, hereby certify that I will make satisfactory arrangements with
        (counsel's name)

the court reporter for payment of the costs of the transcript in accordance with  FRAP 10(b).

Method of payment: [✓] Funds     [ ] CJA Form 24

/s/Jay Ovsiovitch
_____        _____
        Counsel's Signature                                              Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
        Court Reporter's Signature                                        Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**