MANDATE

S.D.N.Y. – N.Y.C.
22-cr-310-1
Engelmayer, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand twenty-five.

Present:

> Raymond J. Lohier, Jr.,
> Joseph F. Bianco,
> > *Circuit Judges,*
> Jesse M. Furman,
> > *District Judge.*\*

USDC SDNY

DOCUMENT

ELECTRONICALLY FILED    7/14/2025

---

United States of America,

> *Appellee,*

v.

24-859 (L),
24-1205 (Con)

Iszayah Rowson, AKA Sealed Defendant 1, AKA Zay Munna, AKA Zay, Michael Gant,

> *Defendants-Appellants.*

---

Jay S. Ovsiovitch, counsel for Appellant Iszayah Rowson, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967). The Government moves to dismiss the appeal as barred by the waiver of appellate rights contained in Appellant's plea agreement, or, in the alternative, for summary affirmance of the conviction and sentence. Appellant Iszayah Rowson has not filed a *pro se* response.

Upon due consideration, it is hereby ORDERED that the *Anders* motion is GRANTED. The Government's motion to dismiss is GRANTED with respect to Appellant Iszayah Rowson's term of imprisonment, term of supervised release, and special assessment. We construe the Government as also seeking summary affirmance of Appellant Iszayah Rowson's conviction and conditions of supervised release, and its motion is GRANTED so construed.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

---

\* Judge Jesse M. Furman, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 07/14/2025